UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CRAIG YATES, | No. C 13-01033 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO SERVE AND TO PROSECUTE** |
| v. | |
| WIRELESS STORE, INC., et al., | |
| Defendants. | |
| _____/ | |

On March 6, 2013, Plaintiff filed a complaint against Defendants Wireless Store, Inc. d/b/a Verizon Wireless, and Buchanan Union Limited Liability Company. Complaint, ECF No. 1. Summonses were issued for both Defendants that same day. Issued Summonses, ECF No. 3. On June 12, 2013, Plaintiff filed an executed summons showing that Wireless Store was served on April 15, 2013. Executed Summons, ECF No. 5. To date, however, Plaintiff has not filed an executed summons for Buchanan Union Limited Liability Company. *See generally* Docket.

Because Wireless Store did not respond to Plaintiff's complaint, on June 27, 2013, Plaintiff asked the Clerk of the Court to enter its default. Request, ECF No. 6. The Clerk did so on July 1, 2013. Entry of Default, ECF No. 7. Nothing else has happened in this action since then. *See generally* Docket.

Under Federal Rule of Civil Procedure 4(m), a plaintiff normally has 120 days from the filing of the complaint to serve the complaint and summons on a defendant. Fed. R. Civ. P. 4(m). It has been 287 days since Plaintiff filed his complaint, but it does not appear that he has ever served Buchanan Union Limited Liability Company.

Accordingly, the court **ORDERS** Plaintiff to show cause why Defendant Buchanan Union Limited Liability Company should not be dismissed Plaintiff has not served it, and why this action should not be dismissed for failure to prosecute it. Plaintiff **SHALL** do so by filing a written

response no later than **5:00 p.m. Thursday, December 19, 2013**.  If Plaintiff does not file a response by the deadline, Plaintiff is warned that the court may dismiss the action without prejudice.

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____
LAUREL BEELER
United States Magistrate Judge