1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES  DISTRICT COURT**

**Northern District of California**

San Francisco Division

CRAIG YATES,                                                No. C 13-01033 LB

                Plaintiff,                **ORDER (1) DISCHARGING ORDER**
    v.                                         **TO SHOW CAUSE RE: FAILURE TO**
                                                           **PROSECUTE AND (2) SETTING AN**
WIRELESS STORE, INC., et al.,                **INITIAL CASE MANAGEMENT**
                                                           **CONFERENCE**
                Defendants.
_____/

On March 6, 2013, Plaintiff filed a complaint against Defendants Wireless Store, Inc. d/b/a Verizon Wireless, and Buchanan Union Limited Liability Company.  Complaint, ECF No. 1. Summonses were issued for both Defendants that same day.  Issued Summonses, ECF No. 3.  On June 12, 2013, Plaintiff filed an executed summons showing that Wireless Store was served on April 15, 2013.  Executed Summons, ECF No. 5.  To date, however, Plaintiff has not filed an executed summons for Buchanan Union Limited Liability Company.  *See generally* Docket.

Because Wireless Store did not respond to Plaintiff's complaint, on June 27, 2013, Plaintiff asked the Clerk of the Court to enter its default.  Request, ECF No. 6.  The Clerk did so on July 1, 2013.  Entry of Default, ECF No. 7.  Nothing else has happened in this action since then.  *See generally* Docket.

Under Federal Rule of Civil Procedure 4(m), a plaintiff normally has 120 days from the filing of the complaint to serve the complaint and summons on a defendant.  Fed. R. Civ. P. 4(m).  It has been 287 days since Plaintiff filed his complaint, but it does not appear that he has ever served Buchanan Union Limited Liability Company.

Accordingly, on December 18, 2013, the court ordered Plaintiff to show cause why Defendant Buchanan Union Limited Liability Company should not be dismissed Plaintiff has not served it, and why this action should not be dismissed for failure to prosecute it.  Plaintiff responded on December

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1   19, 2013, informing that he has had difficulty serving Buchanan Union Limited Liability Company

2   but now searching extensively for its agent for service of process.  Response, ECF No. 9.  He

3   suggests that if this effort fails, he may ask the court for permission to serve via publication.  Id.

4       Under the circumstances, the court **DISCHARGES** its order to show cause and **SETS** a case

5   management conference for Thursday, February 6, 2013 at 11:00 a.m, to discuss the matter with

6   Plaintiff's counsel.  The parties shall file a joint case management conference statement no later than

7   January 30, 2013.

8       **IT IS SO ORDERED.**

9   Dated: December 20, 2013

10  _____

    LAUREL BEELER
    United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California