BRUCE M. TIMM (SBN 199679)
BASHAR AHMAD (SBN 258619)
**BOUTIN JONES INC.**
555 Capitol Mall, Suite 1500
Sacramento, CA  95814
Telephone:   (916) 321-4444
Facsimile:   (916) 441-7597
Email:       btimm@boutinjones.com
             bahmad@boutinjones.com

Attorneys for Defendant
Wireless Store, Inc. dba Verizon Wireless

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>                    Plaintiff,<br><br>      v.<br><br>WIRELESS STORE, INC., a California corporation dba VERIZON WIRELESS; BUCHANAN UNION LIMITED LIABILITY COMPANY; and FRANK W. YUEN,<br><br>                    Defendants.<br><br>_____<br><br>YUEN FAMILY TRUST,<br><br>                    Cross-claimant,<br><br>      v.<br><br>WIRELESS STORE, INC., a California corporation dba VERIZON WIRELESS; BUCHANAN UNION LIMITED LIABILITY COMPANY, and ROES 1-50,<br><br>                    Cross-defendants.<br>_____ | Case No. CV-13-01033-LB<br><br>**DEFENDANT WIRELESS STORE, INC. DBA VERIZON WIRELESS' APPLICATION AND ~~PROPOSED~~ ORDER FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:         December 11, 2014<br>Time:         11:00 a.m.<br>Courtroom:    C, 15h Floor<br><br>Action Filed: March 6, 2013<br>Trial Date:   None Yet |

Pursuant to Magistrate Judge Laurel Beeler's Standing Order, Defendant Wireless Store, Inc. dba Verizon Wireless ("Wireless") respectfully requests the Court's approval to allow Wireless'

1

counsel to appear telephonically at the Further Case Management Conference scheduled for December 11, 2014 at 11:00 a.m.

Appearing by telephone will save Wireless from the expense of having counsel travel to and from his office in Sacramento.

Dated:  December 4, 2014                    BOUTIN JONES INC.


By:    */s/ Bashar Ahmad*
            BASHAR AHMAD

Attorney for Defendant Wireless Store, Inc. dba Verizon Wireless


**ORDER**

IT IS SO ORDERED.

Dated:  December 8, 2014

The Honorable Laurel Beeler
UNITED STATES MAGISTRATE JUDGE

Defendant Wireless Store, Inc.'s Application and ~~Proposed~~ Order for Telephonic Appearance

661879.1