| | |
|---|---|
| 1 | BRUCE M. TIMM (SBN 199679)<br>BASHAR AHMAD (SBN 258619) |
| 2 | **BOUTIN JONES INC.**<br>555 Capitol Mall, Suite 1500 |
| 3 | Sacramento, CA  95814<br>Telephone:   (916) 321-4444 |
| 4 | Facsimile:    (916) 441-7597<br>Email:         btimm@boutinjones.com |
| 5 |                     bahmad@boutinjones.com |
| 6 | Attorneys for Defendant<br>Wireless Store, Inc. dba Verizon Wireless |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | |

| | | |
|---|---|---|
| 11 | CRAIG YATES, ) | Case No. CV-13-01033-LB |
| 12 | Plaintiff, ) | **DEFENDANT WIRELESS STORE, INC.** |
| 13 | v. ) | **DBA VERIZON WIRELESS'**<br>**APPLICATION AND** ~~PROPOSED~~ **ORDER**<br>**FOR TELEPHONIC APPEARANCE AT** |
| 14 | WIRELESS STORE, INC., a California<br>corporation dba VERIZON WIRELESS; ) | **CASE MANAGEMENT CONFERENCE** |
| 15 | BUCHANAN UNION LIMITED LIABILITY<br>COMPANY; and FRANK W. YUEN, ) | Date:         March 19, 2015<br>Time:         11:00 a.m. |
| 16 | ) | Courtroom:  C, 15th Floor |
| 17 | Defendants. ) | Action Filed: March 6, 2013<br>Trial Date:    None Yet |
| 18 | ) | |
| 19 | YUEN FAMILY TRUST, ) | |
| 20 | Cross-claimant, ) | |
| 21 | v. ) | |
| 22 | WIRELESS STORE, INC., a California<br>corporation dba VERIZON WIRELESS; ) | |
| 23 | BUCHANAN UNION LIMITED LIABILITY<br>COMPANY, and ROES 1-50, ) | |
| 24 | Cross-defendants. ) | |
| 25 | | |
| 26 | | |

27  Pursuant to Magistrate Judge Laurel Beeler's Standing Order, Defendant Wireless Store, Inc.

28  dba Verizon Wireless ("Wireless") respectfully requests the Court's approval to allow Wireless'

counsel to appear telephonically at the Further Case Management Conference scheduled for March 19, 2015 at 11:00 a.m.

Appearing by telephone will save Wireless the expense of having counsel travel to and from his office in Sacramento.

Dated: March 2, 2015					BOUTIN JONES INC.


							By:	  */s/ Bashar Ahmad*
								BASHAR AHMAD

							Attorneys for Defendant Wireless Store, Inc. dba Verizon Wireless


**ORDER**

IT IS SO ORDERED.
Counsel to make arrangements through CourtCall.

Dated: March 3, 2015					_____
							The Honorable Laurel Beeler
							UNITED STATES MAGISTRATE JUDGE